# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs                                                                                             CASE NO. 3:07cr117

AUBRY EDWARD CAMPBELL, JR.,

    Defendant.
_____/

## ORDER REDUCING SENTENCE

    Defendant's sentence of confinement is hereby reduced on all Counts from 120 months to 60 months. His term of supervised release is reduced from 5 years to 3 years on all counts to run concurrent. In all other respects, the original sentence imposed in the Judgment and Commitment Order filed 29 January 2008 shall remain unchanged.

    **ORDERED** this 3rd day of May, 2010.

                                                               s/*L.A. Collier*
                                                              LACEY A. COLLIER
                                                   Senior United States District Judge